# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00275-CV

**In re Josephine Douglas-Peters**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   May 24, 2006